*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, BAKER, and PENNIX
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Brandon J. BARNES**
Aviation Ordnanceman (E-3), U.S. Navy
*Appellant*

**No. 202300274**

———————————

Decided: 26 April 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Mishonda M. Mosley

Sentence adjudged 26 September 2023 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 364 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Douglas R. Ottenwess, JAGC, USN*

———————————

[1] Appellant was credited with have served 214 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.